IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) No. 10-CR-30005-DRH |
| | ) |
| L. A. BAILEY | ) |
| | ) |
|     Defendant. | ) |

## ORDER GRANTING APPLICATION FOR WRIT OF HABEAS CORPUS AD RESPONDENDUM

The matter having come before the Court upon the Application of the Defendant, through counsel, for an Order directing the issuance of a Writ of Habeas Corpus Ad Respondendum for the production of L. A. Bailey in United States District Court at East St. Louis, Illinois.

THE ORDER IS GRANTED: It is ordered that L. A. Bailey currently in the custody of the Illinois Department of Corrections at the Danville Correctional Center shall be produced in the United States District Court for the Southern District of Illinois, in the Courtroom of Chief Judge David R. Herndon, on or about Thursday, April 29, 2010 at the hour of 10:00 a.m.  Then and there the custody of L. A. Bailey shall be transferred from the custody of the Illinois Department of Corrections to the custody of the United States Marshal for the Southern District of Illinois for further proceedings consistent with this Order and the instant indictment pending in District Court. At the termination of any and all proceedings against this Defendant in United States District Court

the Defendant might be returned to the custody of the Illinois Department of Corrections.

                                  SO ORDERED:

                                  /s/    David R Herndon

                                  Chief Judge,
                                  United States District Court

Date: April 20, 2010