IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,
**Plaintiff**,

v.

**L.A. BAILEY,**
**Defendant.**                                                              No. 10-30005-DRH

### ORDER

**HERNDON, Chief Judge**:

On October 15, 2010, the Court sentenced Bailey to 216 months imprisonment on Counts 1 and 2 of the Indictment (Doc. 36). That same day the Clerk of the Court entered judgment (Doc. 39). On October 27, 2010, Bailey filed a notice of appeal (Doc. 41). Now before the Court is Bailey's *pro se* motion to remove attorney (Doc. 45). "Trial counsel in a criminal case, whether retained or appointed by the district court, is responsible for the continued representation of the client desiring to appeal unless specifically relieved by the court of appeals upon a motion to withdraw." **Circuit Rule 51(a) of the United States Court of Appeals for the Seventh Circuit**. Pursuant to Circuit Rule 51(a), the motion to remove attorney should have been filed with the Seventh Circuit and not this Court. Thus, the Court denies the motion to remove attorney.

**IT IS SO ORDERED.**

David R. Herndon
2010.12.02
17:05:58 -06'00'

**Chief Judge**
**United States District Court**